IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-03144-WYD-CBS

MOLYCORP MINERALS, LLC,

    Plaintiff / Counter Defendant,

v.

HALOSOURCE, INC.,

    Defendant / Counter Claimant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Joint Stipulated Motion To Stay Proceedings [ECF No. 51], filed on December 3, 2012.  The parties request the Court to stay all proceedings and deadlines in this action for 120 days, in order for them to engage in further settlement negotiations.

After careful consideration, I GRANT the parties' motion to the extent it seeks a stay of the proceedings.  However, I will only stay proceedings in this action until Thursday, February 28, 2013.  There is a pending motion, Molycorp Minerals, LLC's Motion To Dismiss HaloSource, Inc.'s Counterclaims Pursuant To Fed. R. Civ. P. 12(b)(6) [ECF No. 33], that must be disposed of by March 31, 2013, pursuant to the Court's internal operating procedures.  Thus, the parties request for a 120-day stay is DENIED.  Accordingly, it is

ORDERED that the parties' Joint Stipulated Motion To Stay Proceedings [ECF No. 51], filed on December 3, 2012, is **GRANTED IN PART** and **DENIED IN PART**.

The motion is **GRANTED** to the extent that it seeks a stay of all proceedings and deadlines in this matter, and I **ORDER** all proceedings and deadlines in this action **STAYED** until **Thursday**, **February 28**, **2013**.  The motion is **DENIED** to the extent that it seeks a 120-day stay of all proceedings and deadlines in this action.  It is

FURTHER ORDERED that the parties shall file a Joint Status Report on **Tuesday**, **February 19**, **2013**, updating the Court on the progress of settlement negotiations.

Dated:  December 4, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge