IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03144-WYD-CBS

MOLYCORP MINERALS, LLC,
a Delaware corporation,

    Plaintiff,

v.

HALOSOURCE, INC.,
a Washington corporation,

    Defendant.

## ORDER

THIS MATTER, coming before the Court upon Plaintiff Molycorp Minerals, LLC's ("Molycorp") Unopposed Motion for Protective Order, and being fully advised in the premises,

IT IS HEREBY ORDERED that Molycorp's Motion is GRANTED.  Molycorp is ORDERED to produce highly confidential documents of the three third parties within its possession which were obtained pursuant to Non-Disclosure Agreements, under the ATTORNEYS' EYES ONLY confidentiality designation allowed by the Stipulated Protective Order [Doc. No. 24] in this case.  Defendant HaloSource, Inc. preserves its right to challenge the confidentiality designation.

2

DATED at Denver, Colorado, on April 23, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge