IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-03144-WYD-CBS

MOLYCORP MINERALS, LLC,

   Plaintiff / Counter Defendant,

v.

HALOSOURCE, INC.,

   Defendant / Counter Claimant.

---

**ORDER**

---

THIS MATTER is before the Court on the parties' Joint Stipulation Of Dismissal With Prejudice [ECF No. 71], filed on November 18, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Joint Stipulation Of Dismissal With Prejudice [ECF No. 71] is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  November 19, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge